WALTER F. FLEMING, Respondent, v. MARINE OIL CORPORATION, Appellant, and HAROLD A. GATES, Defendant.— Action to recover brokerage commission. Order denying appellant's motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

472 FULTON STREET CORPORATION, Appellant, v. UWANNA FOODS, INC., Respondent; CHARLES V. BARKER and Others, as Trustees under a Deed of Trust, and Others, Appellants.— Separate appeals by plaintiff and by certain intervening defendants, in an action for a declaratory judgment, from a judgment in favor of respondent and against plaintiff for $1,779.16, including interest and costs. Judgment unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.